**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JUNE L. ULSH

v.

ZONING HEARING BOARD OF LOWER
PAXTON TOWNSHIP AND TRIPLE
CROWN CORPORATION

PETITION OF: TRIPLE CROWN
CORPORATION

: No. 537 MAL 2014
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.